# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**U.S. EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION,**

CASE NO: **1:13–CV–02065–AWI–SAB**

v.

**MCDONALDS CORPORATION, ET AL.,**

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/20/13**

                                             **Marianne Matherly**
                                             Clerk of Court

ENTERED:  **March 11, 2014**

                              by: /s/ T. Lundstrom
                                             Deputy Clerk